UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

EVERETT W. RICKABAUGH,

    Plaintiff,

    v.                               Case No. 18-2624-CM

MICHAEL YOST,

    Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 27) to amend the scheduling order filed on March 28, 2019 (ECF No. 13). For good cause shown, the motion is granted and the scheduling order is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Mediation completed | **June 1, 2020** |
| Supplementation of initial disclosures | **40 days before deadline for completion of all discovery** |
| All discovery completed | **June 1, 2020** |
| Experts disclosed by plaintiff | **December 24, 2019** |
| Experts disclosed by defendant | **March 17, 2020** |
| Rebuttal experts disclosed | **April 21, 2020** |
| Physical and mental examinations | **March 3, 2020** |
| All other potentially dispositive motions (e.g., summary judgment) | **July 31, 2020** |
| Motions challenging admissibility of expert testimony | **July 31, 2020** |

| Comparative fault identification | **March 17, 2020** |
|---|---|
| Proposed pretrial order due | **June 12, 2020** |
| Pretrial conference | **June 23, 2020 at 11:00 AM** |
| Trial | **March 1, 2021 at 9:00 AM** |

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

Dated October 11, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge
